UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY C. DUNLAP, SR., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 2:06CV20 JCH |
| ) | |
| G. JORGENSON, E. CONLEY, AND ) | |
| CORRECTIONAL MEDICAL ) | |
| SERVICES, INC., ) | |
| ) | |
| Defendant(s). ) | |

## JUDGMENT

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendants' Motion for

Summary Judgment is **GRANTED**, and Plaintiff's Complaint is dismissed with prejudice.

Dated this 7th day of October, 2008.

                                                                /s/ Jean C. Hamilton
                                                                 UNITED STATES DISTRICT JUDGE